## UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

FREDDIE TREZVANT,

                              **JUDGMENT IN A CIVIL CASE**

            Plaintiff,

v.

                              Case Number: 04-1246-JTM

WESLEY WESTON, commonly known as
Lil' Flip,

            Defendant.

      IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed August 14, 2006, that the court grants defendant's motion and dismisses this action (Dkt. No. 40).

                                                        RALPH L. DeLOACH, CLERK

  August 14, 2006                                    By   s/ S. Smith
Date                                                              Deputy Clerk